**HUMPHREY & RIST, LLP**
Christina A. Humphrey (SBN 226326)
Thomas A. Rist (SBN 238090)
4612 Park Blvd.
San Diego, Ca 92116
Telephone: (619) 488-6400
Email: christina@humphreyrist.com
Email: tom@humphreyrist.com

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
Adam C. Smedstad (SBN 303591)
30 West Monroe Street, Suite 600
Chicago, IL  60603
Tel: (312) 255-7200
Fax: (312) 422-1224
Email: asmedstad@scopelitis.com

Emily A. Quillen (Admitted Pro Hac Vice)
777 Main Street, Suite 3450
Fort Worth, TX 76102
Tel: (817) 869-1700
Fax: (817) 878-9472
Email: equillen@scopelitis.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZO PACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC. a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01483-SJO-JC<br><br>**JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**Hearing: November 26, 2018**<br>**Time: 10:00 a.m.**<br>**Courtroom: 10C** |

JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT
AND STIPULATED DISMISSAL WITH PREJUDICE – PAGE 1

Plaintiff, Lonzo Pack, and Defendant, Roadrunner Transportation Services, Inc., hereby request approval of the settlement reached in this case and stipulate to a judgment dismissing this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, as a result of settlement of this matter. In support thereof, the Parties state as follows:

1. The Parties, with the assistance of the Court, have reached a settlement in this matter. The terms of the settlement have been reduced to a written Settlement Agreement and General Release ("Agreement").

2. Plaintiff stipulates that the settlement reached by the Parties represents a fair and equitable resolution of Plaintiff's claims, including his claims for unpaid minimum wage. Plaintiff has been made aware that he is releasing his claims under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201, *et seq*. Accordingly, the parties request the Court's approval of the Agreement, attached hereto as *Exhibit A*.

3. With the Court's approval of the Agreement, the Parties also request that this case be dismissed, with prejudice. The Parties stipulate that the Court should retain jurisdiction over enforcement of the settlement. The parties will each pay their own attorney's fees and costs.

Therefore, the Parties respectfully request that the Court enter an Order: (1) approving the terms of the Agreement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over enforcement of the settlement.

Respectfully submitted,

DATED:   November 19, 2018      By: /s/ Thomas A. Rist
                                Christina A. Humphrey (SBN 226326)
                                Thomas A. Rist (SBN 238090)
                                HUMPHREY & RIST, LLP
                                4612 Park Blvd.
                                San Diego, Ca 92116
                                Telephone: (619) 488-6400
                                Email: christina@humphreyrist.com
                                Email: tom@humphreyrist.com

                                Attorneys for Plaintiff, Lonzo Pack

DATED:   November 19, 2018      By: /s/ Emily A. Quillen
                                Adam C. Smedstad (SB 303591)
                                SCOPELITIS, GARVIN, LIGHT,
                                HANSON & FEARY, P.C.
                                3214 W. McGraw Street
                                Suite 301(f)
                                Seattle, WA 98199
                                Tel: (206) 288-6193
                                Email: asmedstad@scopelitis.com

                                Emily A. Quillen (Admitted Pro Hac Vice)
                                SCOPELITIS, GARVIN, LIGHT,
                                HANSON & FEARY, P.C.
                                777 Main St., Ste. 3450
                                Fort Worth, TX 76102
                                Tel: (817) 869-1700
                                Email: equillen@scopelitis.com

                                Attorneys for Defendant,
                                Roadrunner Transportation Services, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2018, upon electronically filing the foregoing document, a copy of same was served on all counsel of record via the court's ECF system.

/s/ Emily A. Quillen
Emily A. Quillen

4851-2127-5002, v. 7