**HUMPHREY & RIST, LLP**
Christina A. Humphrey (SBN 226326)
Thomas A. Rist (SBN 238090)
4612 Park Blvd.
San Diego, Ca 92116
Telephone: (619) 488-6400
Email: christina@humphreyrist.com
Email: tom@humphreyrist.com

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
Adam C. Smedstad (SBN 303591)
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224
Email: asmedstad@scopelitis.com

Emily A. Quillen (Admitted Pro Hac Vice)
777 Main Street, Suite 3450
Fort Worth, TX 76102
Tel: (817) 869-1700
Fax: (817) 878-9472
Email: equillen@scopelitis.com

FILED
CLERK, U.S. DISTRICT COURT
November 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZO PACK, individually and on behalf of all others similarly situated, | Case No. 5:17-cv-01483-SJO-JC |
| Plaintiffs, | |
| vs. | **AGREED ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE** |
| ROADRUNNER TRANSPORTATION SERVICES, INC. a Delaware Corporation, and DOES 1 to 10, inclusive, | |
| Defendants. | |

[PROPOSED] AGREED ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE – PAGE 1

Before the Court is a Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice. Having reviewed the parties' joint motion, it appears to the Court that due cause exists to grant this motion, find that the Settlement Agreement and General Release ("the Agreement") reflects a fair and reasonable resolution of a bona fide dispute over claims asserted under the Fair Labor Standards Act and California law, and dismiss the case with prejudice, with the Court to retain jurisdiction to enforce the terms of the Agreement. It is therefore

ORDERED, ADJUDGED and DECREED that the Settlement Agreement is hereby APPROVED by the Court and this case is DISMISSED WITH PREJUDICE with the Court to retain jurisdiction to enforce the terms of the Agreement.

Dated: November 27, 2018      By: *S. James Otero*

The Hon. S. James Otero

Central District of California.

4847-0407-3082, v. 2